UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Bryan Derrick Carr**  Docket No. 7:16-CR-116-17D

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Bryan Derrick Carr, who, upon an earlier plea of guilty to 21 U.S.C. § 846, 21 U.S.C. § 841(b)(1)(C), and 21 U.S.C. § 841(a)(1), Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Cocaine, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 1, 2018, to the custody of the Bureau of Prisons for a term of 366 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Bryan Derrick Carr was released from custody on August 10, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 18, 2019, the defendant submitted a urinalysis that tested positive for marijuana. When confronted, the defendant admitted to using the illegal substance. The defendant was remorseful for his actions and advised it would not happen again. He was verbally reprimanded, and cognitive behavioral principles were implemented. The defendant's treatment obligation and testing frequency have been increased.

It was originally ordered that the defendant be subject to the DROPS program as a condition of supervision. Due to the lack of available nearby facilities for the defendant to complete this sanction, and his lack of reliable transportation, it poses an undue burden on the defendant. Therefore, it is respectfully requested that the DROPS sanction be stricken from the conditions of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The DROPS Sanction is hereby removed from the conditions of supervision.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: May 9, 2019

Bryan Derrick Carr
Docket No. 7:16-CR-116-17D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___10___ day of ___May___, 2019, and ordered filed and made a part of the records in the above case.

___/s/ Dever___
James C. Dever III
U.S. District Judge